To: EMERGENCY CLERK

FILED

2023 FEB 17 PM 12:22

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

CASE NO: 3:23-cv-00075 [crossed out]

3:23-CV-179-TJC-LLL

ATTN:

Hello! My name is James Murzike #L07713 I am writing this complaint on basis of an 1st, 8th & 14th Amendment violation of my Constitutional Rights "can you help me?" I am a Inmate Housed at Union C.I. I am writing you regards to issues going on with me & several officers at Union C.I. I have been both sexually battered & physically battered as well as been deprived of my meals in retaliation. On approx. ___ I was brutally beaten, sprayed with chemical agents & force cell extraction beating blooded & staff force leg iron shackle up into my rectum security sonfts involved Sgt. Riverideh, CO. Marrox, CO. John Doe

As results my injuries I'm suffering black eyes, busted forehead, severe rectum pains & bleeding, severe back, neck, shoulder, pains 2nd & 3rd degree burns all over face & body etc... possible broken rib etc. I remained unreleased I'm in fear for my life safety & well being & continuously being abused & starved. Please send someone out to see me as soon as possible I'm in fear for my life & safety & well being. Sir or madam if your legal service could provide legal assistance in this matter to obtain medical documents & documents from investigation at I.G. office. I'd really appreciate it very much if you could help me. Your immediate reply is greatly appreciated!

## NOTARY CERTIFICATE

STATE OF FLORIDA
COUNTY OF UNION

The foregoing __Legal Complaint__ was acknowledged before me this __13TH__ day of __February__ 2023 by Inmate __James T. Murzike__ who produced his prison I.D. card number __# L07713__ as identification.

Respectfully submitted,
_James Timurzike_
James T. Murzike, #L07713  V-2102L
Union Correctional Institution
P.O. Box 1000
Raiford, Florida 32083

Before me, the undersigned authority, personally appeared, __James T. Murzike__, who upon presentation of a valid Florida Department of Corrections identification card, # __L07713__, and after being duly sworn by me, did acknowledge that he authorized the foregoing __James T. Murzike__ and cause same to be executed for the purpose expressed therein.

Witness my hand & official seal this __13th__ day of __February__, 2023.

(s) _J. Jeffcoat_
Notary Public - State of Florida

Joshua Jeffcoat
Notary Public
State of Florida
Comm# HH144527
Expires 6/22/2025

My commission expires: __06/22/25__